

**ORDERED in the Southern District of Florida on March 11, 2014.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 13-24166-RAM |
| ALEXIS COLON, | |
| | Chapter 7 |
| Debtors./ | |

### AGREED ORDER ON TRUSTEE'S OBJECTION TO CLAIM 2

**THIS CAUSE** came before the Court upon the *Trustee's Objection to Proof of Claim No. 2* (the "Objection") [ECF 60].  The Court having considered the Objection, having noted the agreement of the Parties, and for the reasons stated on the records finds good cause to sustain the Objection.  Accordingly, it is

**ORDERED** as follows:

1.	Proof of Claim No. 2 filed by MultiBank 2009-1 RES-ADC Venture, LLC is **ALLOWED** as a general unsecured claim in the amount of $18,999.86.  The secured portion of Proof of Claim No. 2 in the amount of $2,400 is **STRICKEN IN FULL**.

# # #

Copies Furnished to:

Ross R. Hartog, Chapter 7 Trustee
9130 So. Dadeland Boulevard, Suite 1800
Miami, Florida 33156
Tel:	305-670-5000
Fax:	305-670-5011
Em:	trustee@mrthlaw.com

Trustee HARTOG shall serve a copy of this Order upon
all interested parties and file a Certificate of Service.

N:\USERS\Joy\Trustee Pleadings (Hartog)\Objection to Claims\Agreed Order.wpd