**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 13-24166 | RAM | Judge: | Robert A Mark | Trustee Name: | Ross Hartog |
|---|---|---|---|---|---|---|
| Case Name: | ALEXIS COLON | | | | Date Filed (f) or Converted (c): | 06/15/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/22/2013 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 12/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 210 NE 50 Court, Ocala, FL 34470 | 73,084.00 | 0.00 | | 0.00 | FA |
| 2. Vacant Lot located at SW 125th Street, Ocala, FL  Notice of Abandonment (ECF 37) | 2,400.00 | 0.00 | OA | 0.00 | FA |
| 3. Wells Fargo Checking #4756 | 3,000.00 | 0.00 | | 780.00 | FA |
| 4. Wells Fargo Checking #4769 | 862.44 | 797.32 | | 449.88 | 347.44 |
| 5. Wells Fargo Savings #7301 | 103.81 | 780.00 | | 49.88 | 730.12 |
| 6. DJ Equipment  Sold at Auction | 1,100.00 | 1,100.00 | | 800.00 | FA |
| 7. Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry | 400.00 | 780.00 | | 49.88 | 730.12 |
| 9. 1993 Ford Econoline 350 Van | 395.00 | 780.00 | | 49.88 | 730.12 |
| 10. 1994 Toyota Corolla | 850.00 | 780.00 | | 49.88 | 730.12 |
| 11. 2012 Ocean Kayak Malibu | 1,500.00 | 780.00 | | 219.60 | 560.40 |
| 12. Post Petition Rent for 210 NE 50 Ct, Ocala, FL | 0.00 | 0.00 | | 3,200.00 | FA |
| 13. Estate's Pro Rata Interest: 2013 Tax Refund    (u) | 0.00 | 200.00 | | 0.00 | FA |
| 14. Cooking Utensils | 10.00 | 48.75 | | 48.75 | FA |
| 15. Cookware | 75.00 | 48.75 | | 48.75 | FA |
| 16. Living Room Furniture | 300.00 | 48.75 | | 48.75 | FA |
| 17. Dining Room Furniture | 100.00 | 48.75 | | 48.75 | FA |
| 18. Tables/Chairs | 75.00 | 48.75 | | 48.75 | FA |
| 19. Bedroom Furniture | 1,600.00 | 48.75 | | 48.75 | FA |
| 20. Televisions | 600.00 | 48.75 | | 48.75 | FA |
| 21. DVDs | 40.00 | 48.75 | | 48.75 | FA |
| 22. Dressers/Nightstands | 250.00 | 48.75 | | 48.75 | FA |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 13-24166 | RAM | Judge: | Robert A Mark | Trustee Name: | Ross Hartog |
|---|---|---|---|---|---|---|
| Case Name: | ALEXIS COLON | | | | Date Filed (f) or Converted (c): | 06/15/2013 (f) |
| | | | | | 341(a) Meeting Date: | 07/22/2013 |
| For Period Ending: | 03/31/2016 | | | | Claims Bar Date: | 12/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. Lamps/Accessories | 75.00 | 48.75 | | 48.75 | FA |
| 24. Lawnmover | 100.00 | 48.75 | | 48.75 | FA |
| 25. Yardtools/Equipment | 125.00 | 48.75 | | 48.75 | FA |
| 26. Cell Phones | 25.00 | 48.75 | | 48.75 | FA |
| 27. Computer | 600.00 | 48.75 | | 48.75 | FA |
| 28. Computer Printer | 129.00 | 48.75 | | 48.75 | FA |
| 29. Desk | 160.00 | 48.75 | | 48.75 | FA |
| 30. Stove/Cooking Unit<br><br>Furniture Located in Debtor's Ocala Home<br>Notice of Abandonment (ECF 53) | 250.00 | 250.00 | OA | 0.00 | FA |
| 31. Refrigerator<br><br>Furniture Located in Debtor's Ocala Home<br>Notice of Abandonment (ECF 53) | 400.00 | 400.00 | OA | 0.00 | FA |
| 32. Washer/Dryer<br><br>Furniture Located in Debtor's Ocala Home<br>Notice of Abandonment (ECF 53) | 250.00 | 250.00 | OA | 0.00 | FA |
| 33. Microwave<br><br>Furniture Located in Debtor's Ocala Home<br>Notice of Abandonment (ECF 53) | 50.00 | 50.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $89,409.25 | $7,727.32 | | $6,429.00 | $3,828.32 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status: The Trustee retained counsel (A. Barton).  Trustee and Debtor have settled regarding over-exempt assets.  A motion to approve the settlement has been filed (ECF 54) and approved by the Court (ECF 63).  Trustee reviewed claims and filed objections as needed. Debtor is in default under the settlement. Trustee is pursuing default remedies.

CBD: 12/26/13

Tax Returns: Not Applicable

Initial Projected Date of Final Report (TFR): 12/31/2015         Current Projected Date of Final Report (TFR): 12/31/2017

Trustee Signature:      /s/ Ross Hartog       Date: 04/27/2016

Ross Hartog
9130 S. Dadeland Boulevard
Suite 1800
Miami, FL 33156
(305) 670-5000
trustee@mrthlaw.com

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-24166 | Trustee Name: | Ross Hartog |
| Case Name: ALEXIS COLON | Bank Name: | Union Bank |
| | Account Number/CD#: | XXXXXX7671 |
| | | Checking |
| Taxpayer ID No: XX-XXX1361 | Blanket Bond (per case limit): | $129,177,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/29/15 | | Transfer from Acct # xxxxxx3197 | Transfer of Funds | 9999-000 | $5,205.00 | | $5,205.00 |
| 08/04/15 | 4 | Alexis Colon (Debtor) | Settlement Payment | 1129-000 | $100.00 | | $5,305.00 |
| 09/03/15 | | Alexis Colon (Debtor) | Settlement Payment | | $100.00 | | $5,405.00 |
| | | | Gross Receipts  $100.00 | | | | |
| | 27 | | Computer  $8.58 | 1129-000 | | | |
| | 28 | | Computer Printer  $45.63 | 1129-000 | | | |
| | 29 | | Desk  $45.79 | 1129-000 | | | |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,390.00 |
| 10/06/15 | | Alexis Colon (Debtor) | Settlement Payment | | $100.00 | | $5,490.00 |
| | | | Gross Receipts  $100.00 | | | | |
| | 25 | | Yardtools/Equipment  $17.32 | 1129-000 | | | |
| | 26 | | Cell Phones  $45.63 | 1129-000 | | | |
| | 27 | | Computer  $37.05 | 1129-000 | | | |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,475.00 |
| 10/28/15 | | Alexis Colon (Debtor) | Settlement Payment | | $129.00 | | $5,604.00 |
| | | | Gross Receipts  $129.00 | | | | |
| | 22 | | Dressers/Nightstands  $9.43 | 1129-000 | | | |

Page Subtotals:  $5,634.00  $30.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No.: 13-24166 | Trustee Name: Ross Hartog |
| Case Name: ALEXIS COLON | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX7671 |
| | Checking |
| Taxpayer ID No: XX-XXX1361 | Blanket Bond (per case limit): $129,177,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 24 | | Lawnmover | $45.63 | 1129-000 | | | |
| | 25 | | Yardtools/Equipment | $28.31 | 1129-000 | | | |
| | 23 | | Lamps/Accessories | $45.63 | 1129-000 | | | |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.00 | $5,589.00 |
| 12/11/15 | | Alexis Colon (Debtor) | Settlement Payment pursuant to Order ECF 63 dated 3/13/2014 | | | $100.00 | | $5,689.00 |
| | | | Gross Receipts | $100.00 | | | | |
| | 11 | | 2012 Ocean Kayak Malibu | $68.64 | 1129-000 | | | |
| | 22 | | Dressers/Nightstands | $31.36 | 1129-000 | | | |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.00 | $5,674.00 |
| 01/11/16 | 11 | Alexis Colon - Debtor | Settlement with Debtor per order dated 3/13/14 [ECF 63] | | 1129-000 | $100.00 | | $5,774.00 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.00 | $5,759.00 |
| 02/08/16 | 4 | Alexis Colon (Debtor) | Settlement Payment pursuant to Order (ECF 63) Dated 3/13/2014 | | 1129-000 | $100.00 | | $5,859.00 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.00 | $5,844.00 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $15.00 | $5,829.00 |

Page Subtotals:               $300.00        $75.00

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $5,934.00 | $105.00 |
| Less: Bank Transfers/CD's | $5,205.00 | $0.00 |
| Subtotal | $729.00 | $105.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $729.00 | $105.00 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-24166 | Trustee Name: | Ross Hartog |
| Case Name: ALEXIS COLON | Bank Name: | Rabobank, N.A. |
| | Account Number/CD#: | XXXXXX66 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX1361 | Blanket Bond (per case limit): | $129,177,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/27/13 | 12 | Alexis Colon (Debtor) | Post Pet. Rent on 210 NE 50th Court, Ocala, Florida 33470 | 1222-000 | $1,600.00 | | $1,600.00 |
| 10/23/13 | 12 | Marcus Martinez (Tenant)<br>210 NE 50th Court<br>Ocala, FL 34470 | Rent on 210 NE 50th Court, Ocala, Florida 33470 [Trustee out of office for vacation from 10/17/13 through 10/22/13 - Accordingly, receipts logged on 10/23/13 were received between 10/17/13 and 10/23/13] | 1222-000 | $800.00 | | $2,400.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $2,390.00 |
| 11/13/13 | 12 | Marcus Martinez (Tenant) | Rent on 210 NE 50th Court, Ocala, Florida 33470 | 1222-000 | $800.00 | | $3,190.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $3,180.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $3,170.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $3,160.00 |
| 02/26/14 | | Alexis Colon (Debtor) | Acct #13-24166; Payment #0; Payment of settlement with Debtor per Motion dated 2/13/14 [ECF 54]  - To the extent funds from other sources are received, the funds the subject of this receipt will be segregated pending entry of order on Motion | | $100.00 | | $3,260.00 |
| | | | Gross Receipts    $100.00 | | | | |
| | 3 | | Wells Fargo Checking #4756    $12.47 | 1129-000 | | | |
| | 4 | | Wells Fargo Checking #4769    $12.47 | 1129-000 | | | |
| | 9 | | 1993 Ford Econoline 350 Van    $12.47 | 1129-000 | | | |
| | | | Page Subtotals: | | $3,300.00 | $40.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| Case No: | 13-24166 | Trustee Name: | Ross Hartog |
| Case Name: | ALEXIS COLON | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX1361 | Blanket Bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 8 | | Jewelry | $12.47 | 1129-000 | | |
| | 11 | | 2012 Ocean Kayak Malibu | $12.74 | 1129-000 | | |
| | 10 | | 1994 Toyota Corolla | $12.47 | 1129-000 | | |
| | 5 | | Wells Fargo Savings #7301 | $12.47 | 1129-000 | | |
| | 15 | | Cookware | $0.78 | 1129-000 | | |
| | 14 | | Cooking Utensils | $0.78 | 1129-000 | | |
| | 17 | | Dining Room Furniture | $0.78 | 1129-000 | | |
| | 16 | | Living Room Furniture | $0.78 | 1129-000 | | |
| | 19 | | Bedroom Furniture | $0.78 | 1129-000 | | |
| | 18 | | Tables/Chairs | $0.78 | 1129-000 | | |
| | 20 | | Televisions | $0.78 | 1129-000 | | |
| | 22 | | Dressers/Nightstands | $0.78 | 1129-000 | | |
| | 24 | | Lawnmover | $0.78 | 1129-000 | | |
| | 25 | | Yardtools/Equipment | $0.78 | 1129-000 | | |
| | 26 | | Cell Phones | $0.78 | 1129-000 | | |
| | 27 | | Computer | $0.78 | 1129-000 | | |
| | 28 | | Computer Printer | $0.78 | 1129-000 | | |

Page Subtotals:                                                                                   $0.00              $0.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 13-24166  
Case Name: ALEXIS COLON  
Taxpayer ID No: XX-XXX1361  
For Period Ending: 03/31/2016  

Trustee Name: Ross Hartog  
Bank Name: Rabobank, N.A.  
Account Number/CD#: XXXXXX66  
Checking Account  
Blanket Bond (per case limit): $129,177,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 29 | | Desk | $0.74 | 1129-000 | | |
| | 23 | | Lamps/Accessories | $0.78 | 1129-000 | | |
| | 21 | | DVDs | $0.78 | 1129-000 | | |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $3,250.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $3,240.00 |
| 04/03/14 | | Alexis Colon (Debtor) | Acct #13-24166; Payment #1; Payment on court-approved settlement per Order dated 3/13/14 [ECF 63] | | $100.00 | | $3,340.00 |
| | | | Gross Receipts  $100.00 | | | | |
| | 3 | | Wells Fargo Checking #4756 | $12.47 | 1129-000 | | |
| | 4 | | Wells Fargo Checking #4769 | $12.47 | 1129-000 | | |
| | 9 | | 1993 Ford Econoline 350 Van | $12.47 | 1129-000 | | |
| | 8 | | Jewelry | $12.47 | 1129-000 | | |
| | 11 | | 2012 Ocean Kayak Malibu | $12.74 | 1129-000 | | |
| | 10 | | 1994 Toyota Corolla | $12.47 | 1129-000 | | |
| | 5 | | Wells Fargo Savings #7301 | $12.47 | 1129-000 | | |
| | 15 | | Cookware | $0.78 | 1129-000 | | |
| | 14 | | Cooking Utensils | $0.78 | 1129-000 | | |
| | 17 | | Dining Room Furniture | $0.78 | 1129-000 | | |

Page Subtotals: $100.00  $20.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-24166 | Trustee Name: | Ross Hartog |
| Case Name: | ALEXIS COLON | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX1361 | Blanket Bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 16 | | Living Room Furniture | $0.78 | 1129-000 | | |
| | 19 | | Bedroom Furniture | $0.78 | 1129-000 | | |
| | 18 | | Tables/Chairs | $0.78 | 1129-000 | | |
| | 20 | | Televisions | $0.78 | 1129-000 | | |
| | 22 | | Dressers/Nightstands | $0.78 | 1129-000 | | |
| | 24 | | Lawnmover | $0.78 | 1129-000 | | |
| | 25 | | Yardtools/Equipment | $0.78 | 1129-000 | | |
| | 26 | | Cell Phones | $0.78 | 1129-000 | | |
| | 27 | | Computer | $0.78 | 1129-000 | | |
| | 28 | | Computer Printer | $0.78 | 1129-000 | | |
| | 29 | | Desk | $0.74 | 1129-000 | | |
| | 23 | | Lamps/Accessories | $0.78 | 1129-000 | | |
| | 21 | | DVDs | $0.78 | 1129-000 | | |
| 04/23/14 | | Alexis Colon (Debtor) | Acct #13-24166; Payment #2; Payment on court-approved settlement per Order dated 3/13/14 [ECF 63] | | $100.00 | | $3,440.00 |
| | | | Gross Receipts | $100.00 | | | |
| | 3 | | Wells Fargo Checking #4756 | $12.47 | 1129-000 | | |
| | 4 | | Wells Fargo Checking #4769 | $12.47 | 1129-000 | | |

| | | | Page Subtotals: | | $100.00 | $0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-24166 | Trustee Name: | Ross Hartog |
| Case Name: ALEXIS COLON | Bank Name: | Rabobank, N.A. |
| | Account Number/CD#: | XXXXXX66 |
| | | Checking Account |
| Taxpayer ID No: XX-XXX1361 | Blanket Bond (per case limit): | $129,177,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 9 | | 1993 Ford Econoline 350 Van | $12.47 | 1129-000 | | |
| | 8 | | Jewelry | $12.47 | 1129-000 | | |
| | 11 | | 2012 Ocean Kayak Malibu | $12.74 | 1129-000 | | |
| | 10 | | 1994 Toyota Corolla | $12.47 | 1129-000 | | |
| | 5 | | Wells Fargo Savings #7301 | $12.47 | 1129-000 | | |
| | 15 | | Cookware | $0.78 | 1129-000 | | |
| | 14 | | Cooking Utensils | $0.78 | 1129-000 | | |
| | 17 | | Dining Room Furniture | $0.78 | 1129-000 | | |
| | 16 | | Living Room Furniture | $0.78 | 1129-000 | | |
| | 19 | | Bedroom Furniture | $0.78 | 1129-000 | | |
| | 18 | | Tables/Chairs | $0.78 | 1129-000 | | |
| | 20 | | Televisions | $0.78 | 1129-000 | | |
| | 22 | | Dressers/Nightstands | $0.78 | 1129-000 | | |
| | 24 | | Lawnmover | $0.78 | 1129-000 | | |
| | 25 | | Yardtools/Equipment | $0.78 | 1129-000 | | |
| | 26 | | Cell Phones | $0.78 | 1129-000 | | |
| | 27 | | Computer | $0.78 | 1129-000 | | |

Page Subtotals: $0.00 $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-24166 | Trustee Name: | Ross Hartog |
| Case Name: | ALEXIS COLON | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX1361 | Blanket Bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 28 | | Computer Printer  $0.78 | 1129-000 | | | |
| | 29 | | Desk  $0.74 | 1129-000 | | | |
| | 23 | | Lamps/Accessories  $0.78 | 1129-000 | | | |
| | 21 | | DVDs  $0.78 | 1129-000 | | | |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $3,430.00 |
| 05/28/14 | | Alexis Colon (Debtor) | Acct #13-24166; Payment #3; Payment on court-approved settlement per Order dated 3/13/14 [ECF 63] | | $100.00 | | $3,530.00 |
| | | | Gross Receipts  $100.00 | | | | |
| | 3 | | Wells Fargo Checking #4756  $12.47 | 1129-000 | | | |
| | 4 | | Wells Fargo Checking #4769  $12.47 | 1129-000 | | | |
| | 9 | | 1993 Ford Econoline 350 Van  $12.47 | 1129-000 | | | |
| | 8 | | Jewelry  $12.47 | 1129-000 | | | |
| | 11 | | 2012 Ocean Kayak Malibu  $12.74 | 1129-000 | | | |
| | 10 | | 1994 Toyota Corolla  $12.47 | 1129-000 | | | |
| | 5 | | Wells Fargo Savings #7301  $12.47 | 1129-000 | | | |
| | 15 | | Cookware  $0.78 | 1129-000 | | | |
| | 14 | | Cooking Utensils  $0.78 | 1129-000 | | | |
| | 17 | | Dining Room Furniture  $0.78 | 1129-000 | | | |
| | | | Page Subtotals: | | $100.00 | $10.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-24166 | Trustee Name: | Ross Hartog |
| Case Name: | ALEXIS COLON | Bank Name: | Rabobank, N.A. |
| | | Account Number/CD#: | XXXXXX66 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX1361 | Blanket Bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 16 | | Living Room Furniture | $0.78 | 1129-000 | | |
| | 19 | | Bedroom Furniture | $0.78 | 1129-000 | | |
| | 18 | | Tables/Chairs | $0.78 | 1129-000 | | |
| | 20 | | Televisions | $0.78 | 1129-000 | | |
| | 22 | | Dressers/Nightstands | $0.78 | 1129-000 | | |
| | 24 | | Lawnmover | $0.78 | 1129-000 | | |
| | 25 | | Yardtools/Equipment | $0.78 | 1129-000 | | |
| | 26 | | Cell Phones | $0.78 | 1129-000 | | |
| | 27 | | Computer | $0.78 | 1129-000 | | |
| | 28 | | Computer Printer | $0.78 | 1129-000 | | |
| | 29 | | Desk | $0.74 | 1129-000 | | |
| | 23 | | Lamps/Accessories | $0.78 | 1129-000 | | |
| | 21 | | DVDs | $0.78 | 1129-000 | | |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | $10.00 | $3,520.00 |
| 06/17/14 | | Rabobank, N.A.<br>90 E Thousand Oaks Blvd<br>Ste 300<br>Thousand Oaks, CA 91360 | Bank Service fee | 2600-000 | | $10.00 | $3,510.00 |
| 06/17/14 | | Transfer to Acct # xxxxxx3197 | Transfer of Funds | 9999-000 | | $3,510.00 | $0.00 |

Page Subtotals:                $0.00        $3,530.00

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $3,600.00 | $3,600.00 |
| Less: Bank Transfers/CD's | $0.00 | $3,510.00 |
| Subtotal | $3,600.00 | $90.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,600.00 | $90.00 |

|  |  |  |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-24166 | | Trustee Name: | Ross Hartog |
| Case Name: | ALEXIS COLON | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number/CD#: | XXXXXX3197 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1361 | | Blanket Bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 03/31/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/17/14 | | Transfer from Acct # xxxxxx66 | Transfer of Funds | | 9999-000 | $3,510.00 | | $3,510.00 |
| 07/07/14 | 3 | Alexis Colon (Debtor) | Settlement Payment | | 1129-000 | $100.00 | | $3,610.00 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,600.00 |
| 07/25/14 | 3 | Alexis Colon (Debtor) | Settlement Payment | | 1129-000 | $100.00 | | $3,700.00 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,690.00 |
| 08/29/14 | 3 | Alexis Colon (Debtor) | Settlement Payment | | 1129-000 | $100.00 | | $3,790.00 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,780.00 |
| 09/25/14 | 3 | Alexis Colon | Settlement Payment | | 1129-000 | $100.00 | | $3,880.00 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,870.00 |
| 10/30/14 | | Alexis Colon (Debtor) | Settlement Payment | | | $100.00 | | $3,970.00 |
| | | | Gross Receipts | $100.00 | | | | |
| | 15 | | Cookware | $45.63 | 1129-000 | | | |
| | 14 | | Cooking Utensils | $45.63 | 1129-000 | | | |
| | 16 | | Living Room Furniture | $8.74 | 1129-000 | | | |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $3,960.00 |
| 11/14/14 | 6 | MRTH | Proceeds from Sale of Debtor's DJ Equipment | | 1129-000 | $800.00 | | $4,760.00 |
| | | | Page Subtotals: | | | $4,810.00 | $50.00 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-24166 | Trustee Name: | Ross Hartog |
| Case Name: ALEXIS COLON | Bank Name: | The Bank of New York Mellon |
| | Account Number/CD#: | XXXXXX3197 |
| | | Checking |
| Taxpayer ID No: XX-XXX1361 | Blanket Bond (per case limit): | $129,177,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/14 | 101 | Moecker Auctions<br>3613 North 29th Avenue<br>Hollywood, FL 33020 | Buyer's Premium, per Order dated 4/17/14 [ECF 74] | 3610-000 | | $80.00 | $4,680.00 |
| 11/18/14 | 102 | Moecker Auctions<br>3613 North 29th Avenue<br>Hollywood, FL 33020 | Auctioneer's Expenses, per Order dated 4/17/14 [ECF 74] | 3620-000 | | $275.00 | $4,405.00 |
| 11/21/14 | 101 | Moecker Auctions<br>3613 North 29th Avenue<br>Hollywood, FL 33020 | Buyer's Premium, per Order dated 4/17/14 [ECF 74]<br>Reversal<br>Already previously paid | 3610-000 | | ($80.00) | $4,485.00 |
| 12/03/14 | 3 | Alexis Colon (Debtor) | Settlement Payment | 1129-000 | $100.00 | | $4,585.00 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,575.00 |
| 01/05/15 | 3 | Alexis Colon (Debtor) | Settlement Payment | 1129-000 | $100.00 | | $4,675.00 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,665.00 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,655.00 |
| 02/10/15 | 3 | Alexis Colon (Debtor) | Settlement Payment<br>Money Order came in blank and no signature | 1129-000 | $100.00 | | $4,755.00 |
| 02/20/15 | | Alexis Colon (Debtor) | Settlement Payment | | $100.00 | | $4,855.00 |
| | | | Gross Receipts            $100.00 | | | |
| | 3 | | Wells Fargo Checking #4756    $30.12 | 1129-000 | | | |
| | 17 | | Dining Room Furniture         $32.99 | 1129-000 | | | |
| | 16 | | Living Room Furniture         $36.89 | 1129-000 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals: | | $400.00 | $305.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-24166 | Trustee Name: Ross Hartog |
| Case Name: ALEXIS COLON | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX3197 |
| | Checking |
| Taxpayer ID No: XX-XXX1361 | Blanket Bond (per case limit): $129,177,000.00 |
| For Period Ending: 03/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,845.00 |
| 03/23/15 | | Alexis Colon (Debtor) | Settlement Payment | | $100.00 | | $4,945.00 |
| | | | Gross Receipts $100.00 | | | | |
| | 17 | | Dining Room Furniture $12.64 | 1129-000 | | | |
| | 19 | | Bedroom Furniture $41.73 | 1129-000 | | | |
| | 18 | | Tables/Chairs $45.63 | 1129-000 | | | |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,935.00 |
| 04/30/15 | | Alexis Colon (Debtor) | Settlement Payment | | $100.00 | | $5,035.00 |
| | | | Gross Receipts $100.00 | | | | |
| | 19 | | Bedroom Furniture $3.90 | 1129-000 | | | |
| | 20 | | Televisions $45.63 | 1129-000 | | | |
| | 22 | | Dressers/Nightstands $4.84 | 1129-000 | | | |
| | 21 | | DVDs $45.63 | 1129-000 | | | |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,025.00 |
| 06/04/15 | 4 | Alexis Colon (Debtor) | Settlement Payment | 1129-000 | $100.00 | | $5,125.00 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,115.00 |
| | | | Page Subtotals: | | $300.00 | $40.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-24166 | Trustee Name: | Ross Hartog |
|---|---|---|---|
| Case Name: | ALEXIS COLON | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX3197 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1361 | Blanket Bond (per case limit): | $129,177,000.00 |
| For Period Ending: | 03/31/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/15 | 4 | Alexis Colon (Debtor) | Settlement Payment No signature on Money Order | 1129-000 | $100.00 | | $5,215.00 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,205.00 |
| 07/29/15 | | Transfer to Acct # xxxxxx7671 | Transfer of Funds | 9999-000 | | $5,205.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $5,610.00 | $5,610.00 |
| Less: Bank Transfers/CD's | $3,510.00 | $5,205.00 |
| Subtotal | $2,100.00 | $405.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,100.00 | $405.00 |

Page Subtotals: $100.00 $5,215.00

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3197 - Checking | $2,100.00 | $405.00 | $0.00 |
| XXXXXX66   - Checking Account | $3,600.00 | $90.00 | $0.00 |
| XXXXXX7671 - Checking | $729.00 | $105.00 | $5,829.00 |
|  | $6,429.00 | $600.00 | $5,829.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts:     $0.00
Total Net Deposits:            $6,429.00
Total Gross Receipts:          $6,429.00

Trustee Signature:    /s/ Ross Hartog     Date: 04/27/2016

Ross Hartog
9130 S. Dadeland Boulevard
Suite 1800
Miami, FL 33156
(305) 670-5000
trustee@mrthlaw.com

Page Subtotals:                                        $0.00        $0.00